UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: DANNY KADUM.

---

DANNY KADUM,

Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, TUCSON,

Respondent.

No. 26-4757

D.C. No.
4:26-cv-00167-RCC-LCK
District of Arizona,
Tucson

ORDER

Before: S.R. THOMAS, BERZON, and FORREST, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition, as supplemented, is denied.

All pending motions are denied as moot.

This court will not entertain further filings in this closed case.

**DENIED.**