**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Metropolitan Life Insurance Company,<br>Plaintiff,<br>v.<br>Danny Kadum, et al.,<br>Defendants. | No. CV-26-00167-TUC-RCC (LCK)<br>**ORDER** |

Before the Court is Defendant Danny Kadum's Motion for Status Conference Before the District Judge (Doc. 59) and Motion for Report and Recommendation on Fully Briefed Dispositive Motions (Doc. 60).

Defendant asks the District Court to hold a status conference to speed this case along because he believes the Magistrate Judge is taking too long to rule or issue a Report and Recommendation on the pending Motion to Complete Interpleader, his Motion to Dismiss, his Motion to Expedite Ruling, his Motion for Partial Summary Judgment, his application for subpoenas, his Motion to Compel a singular communication, his multiple motions to disqualify counsel, and his Motion for Default. (Doc. 59.)

The Court finds that the Magistrate Judge is aptly addressing the myriad of motions Defendant has filed, and no status conference is required. In fact, on August 21, 2026, the Magistrate Judge ruled on several of those motions and set the case for a status conference. (Doc. 79.) Therefore, a status conference before the undersigned is unnecessary.

Next, Defendant asks the Court (1) to order an expedited issuance of a Report and Recommendation, or (2) to issue its own expedited order on MetLife's Motion to Complete Interpleader (Doc. 19), and Defendant's Motion to Dismiss (Doc. 20) and Motion for Partial Summary Judgment (Doc. 44). (Doc. 60.) Defendant claims the orders must be expedited because certain deadlines are pending and he cannot proceed until the orders are issued. (*Id.*)

The Court already ordered a Report and Recommendation on any dispositive issues (Doc. 14) and will not order the Magistrate Judge to hasten a decision. Should Defendant need more time for pending deadlines while the motions are being considered, he may file a motion to extend. And again, the motion fails to acknowledge that part of the reason that any recommendation or ruling has been delayed has been because the Magistrate Judge has been considering Defendant's abundant filings in this case.

IT IS ORDERED the motions are DENIED. (Docs. 59, 60.)

Dated this 24th day of August, 2026.

Honorable Raner C. Collins
Senior United States District Judge